1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) 2:13-CR-00017-MCE
                                    )
12        Plaintiff,                ) STIPULATION AND ORDER VACATING
                                    ) DATE, CONTINUING CASE, AND
13    v.                            ) EXCLUDING TIME
                                    )
14 ROBERT KURTIS RAY WILES,         )
                                    ) Judge: Hon. Morrison C. England
15        Defendant.                )
                                    )
16                                  )
                                    )
17 _____ )

18                        **STIPULATION**

19      The United States, by and through its undersigned counsel, and

20 the defendant, by and through his counsel of record, hereby stipulate

21 as follows:

22   1. This matter is set for a Status Conference on June 27, 2013.

23   2. By this Stipulation, the defendant now moves to continue the

24      Status Conference until July 25, 2013, at 9:00 a.m. and to

25      exclude time between June 27, 2013, and July 25, 2013, under

26      Local Code T4.  The United States does not oppose this request.

27   3. The parties agree and stipulate, and request that the Court find

28      the following:

1    a. This matter has been referred to United States Probation

2       Office for preparation of a pre-plea report.  The assigned

3       Probation Officer informed the parties that two matters

4       related to the defendant's criminal history may

5       significantly impact how the Sentencing Guidelines apply to

6       the defendant's case.  The Probation Officer is in the

7       process of obtaining the original records related to these

8       matters but has not yet received all the necessary

9       documentation.

10   b. Counsel for the defendant believes that failure to grant

11      the above-requested continuance would deny counsel the

12      reasonable time necessary for effective preparation, taking

13      into account the exercise of due diligence.

14   c. The United States does not object to this continuance.

15   d. Based on the above-stated findings, the ends of justice

16      served by continuing the case as requested outweigh the

17      interest of the public and the defendant in a trial within

18      the original date prescribed by the Speedy Trial Act.

19   e. For the purpose of computing time under the Speedy Trial

20      Act, 18 U.S.C. § 3161, within which trial must commence,

21      the time period of June 27, 2013, to July 25, 2013,

22      inclusive, is deemed excludable pursuant to 18 U.S.C. §

23      3161(h)(7)(A), (B)(iv) [Local Code T4] because it results

24      from a continuance granted by the Court at the defendant's

25      request on the basis of the Court's finding that the ends

26      of justice served by taking such action outweigh the best

27      interest of the public and the defendant in a speedy trial.

28

1  4. Nothing in this stipulation and order shall preclude a finding

2     that other provisions of the Speedy Trial Act dictate that

3     additional time periods are excludable from the period within

4     which a trial must commence.

5  **IT IS SO STIPULATED**.

6

7  DATED: June 13, 2013          /s/ Justin L. Lee
                                 JUSTIN L. LEE
8                                Assistant U.S. Attorney

9  DATED: June 13, 2013          /s/ Tasha Paris Chalfant
                                 TASHA PARIS CHALFANT
10                               Attorney for Defendant
                                 (as authorized on June 13, 2013)
11

12

13

                                   **ORDER**
14

15

        In accordance with the foregoing stipulation of the parties, and
16
good cause appearing, the status conference in this matter, previously
17
set for June 27, 2013, is hereby continued to July 25, 2013 at 9:00
18
a.m. in Courtroom No. 7.
19
        IT IS SO ORDERED.
20

21 DATED:  June 19, 2013

22

23

24 MORRISON C. ENGLAND, JR., CHIEF JUDGE
   UNITED STATES DISTRICT COURT

25

26

27

28