BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-CR-00017-MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER VACATING |
| | ) DATE AND SETTING CHANGE OF PLEA |
| v. | ) HEARING |
| | ) |
| ROBERT KURTIS RAY WILES, | ) Date:  September 12, 2013 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |
| | ) |
| | ) |
| | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter is set for a Status Conference on August 29, 2013.

///
///
///
///
///
///

2. By this Stipulation, the parties now move to vacate the Status Hearing and set this matter for a Change of Plea Hearing on September 12, 2013, at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED: August 27, 2013          /s/ Justin L. Lee
                                JUSTIN L. LEE
                                Assistant U.S. Attorney

DATED: August 27, 2013          /s/ Tasha Paris Chalfant
                                TASHA PARIS CHALFANT
                                Attorney for Defendant
                                (as authorized on August 27, 2013)

**ORDER**

Pursuant to the parties' stipulation, the status conference set for August 29, 2013, is hereby vacated, and this matter is set for a Change of Plea hearing on **September 12, 2013, at 9:00 a.m.** in Courtroom 7.

IT IS SO ORDERED.

Dated:  August 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT